JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DBEST PRODUCTS, INC., | Case No. CV 25-4625 FMO (PDx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| HUNANSANTANG INTERNATIONAL TRADE COMPANY, LTD., | |
| Defendant. | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated this 5th day of December, 2025.

/s/
Fernando M. Olguin
United States District Judge